**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. **12-cv-00461-AP**

**VERONICA ELIAS**,

Plaintiff,

v.

**MICHAEL J. ASTRUE,
Commissioner of Social Security**,

Defendant.

_____

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**
_____

**1. APPEARANCES OF COUNSEL AND PRO SE PARTIES**

| For Plaintiff: | For Defendant: |
|---|---|
| MARY L. ROGACKI | JOHN F. WALSH |
| 1901 W. Littleton Blvd., Suite 130 | United States Attorney |
| Littleton, CO 80120 | KEVIN TRASKOS |
| Telephone: (720) 971-3617 | Deputy Chief, Civil Division |
| Facsimile: (303) 798-2526 | WILLIAM G. PHARO |
| mrogacki@msn.com | Assistant United States Attorney |
|  | ALEXESS D. REA |
|  | Special Assistant United States Attorney |
|  | 1001 17th Street |
|  | Denver, CO 80202 |
|  | Telephone: (303) 844-7101 |
|  | Facsimile: (303) 844-0770 |
|  | alexess.rea@ssa.gov |

**2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

**3. DATES OF FILING OF RELEVANT PLEADINGS**

**A. Date Complaint Was Filed:** February 22, 2012
**B. Date Complaint Was Served on U.S. Attorney's Office:** March 27, 2012
**C. Date Answer and Administrative Record Were Filed:** May 29, 2012

**4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

At this time, the Administrative Record appears to be complete and accurate; the parties will fully ascertain the completeness of the record upon the drafting and completion of their respective briefs.

**5. STATEMENT REGARDING ADDITIONAL EVIDENCE**

The parties do not anticipate submitting additional evidence.

**6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties do not foresee offering any unusual claims or defenses in this case.

**7. OTHER MATTERS**

The parties are not aware of any other matters at this time.

**8. BRIEFING SCHEDULE**

Counsel for both parties agree to the following proposed briefing schedule:

**A. Plaintiff's Opening Brief Due:** July 30, 2012
**B. Defendant's Response Brief Due:** August 29, 2012
**C. Plaintiffs Reply Brief (If Any) Due:** September 13, 2012

## 9. STATEMENTS REGARDING ORAL ARGUMENT

**A. Plaintiff's Statement:**
Plaintiff does not request oral argument.

**B. Defendant's Statement:**
Defendant does not request oral argument

## 10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE

A.   ()  All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.
B.   (X)  All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

## 11. OTHER MATTERS

The parties filing motions for extension of time or continuances must comply with D.C.Colo.LCivR. 7.1(c) by submitting proof that a copy of the motion has been served upon the moving attorney's client, all attorneys of record, and all *pro se* parties.

## 12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.

DATED this 20th day of June, 2012.

BY THE COURT:

*s/John L. Kane*
U.S. DISTRICT COURT JUDGE

APPROVED:

| | |
|---|---|
| For Plaintiff: | For Defendant: |
| | JOHN F. WALSH |
| s/ *Mary L. Rogacki* | United States Attorney |
| MARY L. ROGACKI | District of Colorado |
| 1901 W. Littleton Blvd., Suite 130 | |
| Littleton, CO 80120 | KEVIN TRASKOS |
| Telephone: (720) 971-3617 | Deputy Chief, Civil Division |
| Facsimile: (303) 798-2526 | United States Attorney's Office |
| mrogacki@msn.com | |
| | WILLIAM G. PHARO |
| Attorney for Plaintiff | Assistant United States Attorney |
| | |
| | s/ *Alexess D. Rea* |
| | ALEXESS D. REA |
| | Special Assistant United States Attorney |
| | 1001 17th Street |
| | Denver, CO 80202 |
| | Telephone: (303) 844-7101 |
| | Facsimile: (303) 454-0770 |
| | alexess.rea@ssa.gov |
| | |
| | Attorneys for Defendant |